# State, for use Alabama Insane Hospital *v.* M. & O. R. R. Co.

### *Bill to Settle Title to Land.*

(Decided November 7, 1914. Rehearing denied December 17, 1914.
67 South. 286.)

*Public Lands; Conveyance; Evidence.*—Acts of April 14, 1911, (Acts 1911, p. 192) is not violative of the Federal or State Constitution.

APPEAL from Mobile Chancery Court.

Heard before Hon. THOMAS H. SMITH.

Bill by the State of Alabama for the use of the trustees of the Alabama Insane Hospital against the Mobile & Ohio Railroad Company to settle title to land,

[State, for use Alabama Insane Hospital v. M. & O. R. R. Co.]

and for an accouting for the lumber cut and manufac-
tured from said land, and all turpentine and rosin ob-
tained from the same. From a decree denying relief,
complainants appeal. Affirmed.

W. A. GUNTER, and SAMUEL WILL JOHN, for appel-
lant.

S. R. PRICE and F. J. YERGER, for appellee.

ANDERSON, C. J.—The legal questions involved in
this appeal have been fully discussed and considered
by this court, and decided adversely to the contention
of the appellant, and we do not feel disposed to depart
from said holding.—*Jordan v. McClure Lumber Co.*,
170 Ala. 289, 54 South. 415; *Turner v. Davis*, 186 Ala.
77, 64 South. 958; *Brannan v. Henry*, 175 Ala. 454, 57
South. 967.

In the last case supra the constitutionality of the act
of 1911 (page 192) was considered, and the same was
declared to be constitutional, and we repeat that the
said act is not repugnant to the federal or state Con-
stitution. The act is unlike the one condemned in the
case of *Bailey v. Alabama*, 219 U. S. 219, 31 Sup. Ct.
145, 55 L. Ed. 191.

The decree of the chancery court is affirmed.
Affirmed.

MCCLELLAN, MAYFIELD, and SOMERVILLE, JJ, concur.